FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) | 01-CV-09373-HLH (Rzx) |
| ) | |
| Plaintiff, ) | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. ) | **BY CLERK** |
| ) | |
| MARIA RAMOS AMAYA ) | |
| individually and dba T-BIRD ) | |
| LOUNGE aka VIOLETAS T-BIRD, ) | |
| jointly and severally ) | |
| Defendant ) | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on March 5, 2002 against defendant, **MARIA RAMOS AMAYA individually and dba T-BIRD LOUNGE aka VIOLETAS T-BIRD, jointly and severally** is hereby renewed on the amounts set forth below:

Page 1 of 2                                              RENEWAL OF DEFAULT JUDGMENT
                                                         Case No. 01-CV-09373-HLH (RZx)

**RENEWAL OF MONEY JUDGMENT**

|  |  |
|---|---:|
| a. Total judgment | $8,450.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 8,450.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 8,450.00 |
| g. Interest after judgment | 2,106.12 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **10,556.12** |

DATED: 02/27/12      Clerk by  Lori Muraoka, Deputy Clerk

U.S. District Court