FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626) 653-0455

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) <br> ) <br> Plaintiff,     ) <br> vs.          ) <br> ) <br> MARIA RAMOS AMAYA ) <br> individually and dba T-BIRD ) <br> LOUNGE aka VIOLETAS T-BIRD, ) <br> jointly and severally ) <br>    Defendant  ) <br> _____ ) | 01-CV-09373-HLH (Rzx) <br><br> **RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

    Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

    The default judgment entered on March 5, 2002 against defendant, **MARIA RAMOS AMAYA individually and dba T-BIRD LOUNGE aka VIOLETAS T-BIRD, jointly and severally** is hereby renewed on the amounts set forth below:

Page 1 of 2
                                                        **RENEWAL OF DEFAULT JUDGMENT**
                                                        Case No. 01-CV-09373-HLH (RZx)

**RENEWAL OF MONEY JUDGMENT**

```
    a. Total judgment                          $8,450.00
    b. Costs after judgment                         0.00
    c. Attorney fees                                0.00
    d. Subtotal (add a thru c)                  8,450.00
    e. Credits after Judgment                       0.00
    f. Subtotal (substract e from d)            8,450.00
    g. Interest after judgment                  2,106.12
    h. Fee for filing renewal                       0.00
    i. Total renewed judgment                  10,556.12
```

DATED: 02/27/12              Clerk by  Lori Muraoka, Deputy Clerk
                                       U.S. District Court